NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**RICHARD STORER, GILLES GOSSELIN, JEAN-PIERRE SOMMADOSSI, PAOLA LACOLLA,**
*Appellants*

**v.**

**JEREMY CLARK,**
*Appellee*

———————————

2015-1802

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 105,981.

———————————

**ON MOTION**

———————————

**O R D E R**

Appellants move for a 60-day extension of time, until November 9, 2015, to file their opening brief. Appellee opposes the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

2                                          STORER v. CLARK

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s26