NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD STORER, GILLES GOSSELIN, JEAN-PIERRE SOMMADOSSI, PAOLA LACOLLA,**
*Appellants*

v.

**JEREMY CLARK,**
*Appellee*

**UNITED STATES,**
*Intervenor*

---

2015-1802

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 105,981.

---

**ON MOTION**

---

**O R D E R**

In response to this court's December 3, 2015 order, the United States moves pursuant to 28 U.S.C. § 2403(a) to intervene in this appeal.

The appellants notified this court that they intend to argue in the alternative that 35 U.S.C. § 146 is unconstitutional. "In any action . . . in a court of the United States to which the United States . . . is not a party, wherein the constitutionality of any Act of Congress affecting the public interest is drawn into question, the court shall certify such fact to the Attorney General, and shall permit the United States to intervene . . . for argument on the question of constitutionality." 28 U.S.C. § 2403(a).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Jeremy Clark's and the United States' response briefs are due no later than 40 days from the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31